| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Charles Al-Pine, §
    Petitioner, §
 §
v. § Civil Action H-18-2792
 §
Mary Beth Cody, §
    Respondent. §

## Order of Adoption

On January 7, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation. (D.E. 13.) No objections were filed. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed 02/05, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge